```
 1                  UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
 2

 3   UNITED STATES OF AMERICA,  )
                                )
 4            Plaintiff,        )
                                )
 5   vs.                        ) CASE NO. 3:18-cr-00106-1-SLG
                                )
 6   MACAUTHER CHRISTMAS        )
     VAIFANUA,                  )
 7                              )
              Defendant.        )
 8   _____)

 9

10      TRANSCRIPT OF REMOTE PROCEEDINGS VIA VIDEOCONFERENCE
                          STATUS CONFERENCE
11     BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE
                   February 12, 2021; 2:07 p.m.
12                       Anchorage, Alaska

13

14   FOR THE GOVERNMENT:
            Office of the United States Attorney
15          BY:  ADAM ALEXANDER
            222 West 7th Avenue, #9
16          Anchorage, Alaska 99513
            (907) 271-5071
17

18   FOR DEFENDANT MACAUTHER VAIFANUA:
            Law Office of D. Scott Dattan
19          BY:  D. SCOTT DATTAN
            341 West Tudor Road, Suite 103
20          Anchorage, Alaska 99503
            (907) 278-8571
21

22   _____

23                       SONJA L. REEVES
                   Registered Diplomate Reporter
24                   Certified Realtime Reporter
                    Federal Official Court Reporter
25      Transcript Produced from the Stenographic Record
```

```
 1              (Call to Order of the Court at 2:07 p.m.)
 2              DEPUTY CLERK:  Her Honor, the Court, the United
 3   States District Court for the District of Alaska is now
 4   in session, the Honorable Sharon L. Gleason presiding.
 5              Your Honor, we're on record in *United States of
 6   America versus Macauther Christmas Vaifanua,* Case Number
 7   3:18-criminal-106-1-SLG.
 8              Present for the government by telephone is Adam
 9   Alexander.  Present for the defendant is Scott Dattan.
10   Also present is Dawn Shewmaker, victim witness
11   coordinator.  Myself, Camille White, court staff.  Sonja
12   Reeves, court reporting.  Defendant is present by video.
13              THE COURT:  Good afternoon, everyone.  We're
14   here with regard to a proposed change of plea.
15              Mr. Vaifanua, you have the right to have a
16   change of plea hearing in the courtroom.  Are you
17   waiving that right and seeking to proceed by
18   videoconference today?
19              THE DEFENDANT:  No.  Hello?
20              THE COURT:  Go ahead, sir.
21              THE DEFENDANT:  No, I wanted to do it in
22   person.
23              THE COURT:  Okay.  Mr. Dattan, what's the
24   status here?
25              MR. DATTAN:  Your Honor, as you know, the plea
```

3

```
 1   agreement was filed in March and this has been
 2   continued.  It's very difficult for me to contact
 3   Mr. Vaifanua.  I believe he's out at Goose Creek now.  I
 4   had -- perhaps he's not, but anyway, I had not discussed
 5   the video versus in-person hearing with him.  Apparently
 6   he would prefer to continue this and do the change of
 7   plea hearing in person, Your Honor.
 8              THE COURT:  Well, that's his right, as I
 9   understand the statute.  Although I think there is a dim
10   light at the end of the tunnel here that we might be
11   able to have in-person hearings.  We were talking,
12   perhaps optimistically, about the end of April.
13              Is that a request then to continue this until
14   we're able to have an in-person hearing, Mr. Dattan?
15              MR. DATTAN:  I think so, Your Honor.  If
16   Mr. Vaifanua wants to do it in person, I need to ask you
17   to continue this until sometime in April.
18              THE COURT:  All right.  Mr. Alexander, any
19   objection?
20              MR. ALEXANDER:  No, Your Honor.  I don't
21   believe there is any objection we can make under the
22   circumstances, so I defer to the Court.
23              THE COURT:  All right.  Well, then we will --
24   I'll grant the motion to continue and we'll proceed in
25   due course, get you a hearing.  I'll go ahead and confer
```

1  with the calendaring office and set a date, like I said,
2  for late April in the hopes that we'll be able to have
3  Mr. Vaifanua transported and have the change of plea
4  here in the courtroom at that time.
5       So if there is nothing further, we'll go off
6  record now at this time.  Thank you, all.
7       DEPUTY CLERK:  This matter is adjourned.  This
8  court now stands adjourned subject to call.
9       (Proceedings concluded at 2:10 p.m.)

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Alaska, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 9th day of December, 2021.

/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER