|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 1 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>MACAUTHER CHRISTMAS VAIFANUA,<br><br>　　　　Defendant-Appellant. | No.　21-30183<br><br>D.C. No.<br>3:18-cr-00106-SLG-MMS-1<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 20) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By:　Manisha Munshi
Deputy Clerk
Ninth Circuit Rule 27-7